THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Vernon Leonard McKee a/k/a Vernon Heath,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2003-UP-321
Submitted February 20, 2003 - Filed 
 May 7, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, all of Columbia; for Respondent.
 
 
 

PER CURIAM:  Vernon Leonard McKee, a/k/a, 
 Vernon Heath, appeals the revocation of his probation.  McKees appellate counsel 
 has petitioned to be relieved as counsel, stating she has reviewed the record 
 and has concluded McKees appeal is without merit.  The issue briefed by counsel 
 concerns whether the trial court abused its discretion in revoking the suspended 
 sentence in its entirety.  McKee has not filed any materials on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss McKees appeal 
 and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and CURETON and GOOLSBY,
JJ., concur.

 
           [1]  Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.